UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:** TRENTON                                    **DATE:** APRIL 25, 2018

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

**TITLE OF CASES:**                                    **CIVIL ACTION #** 17-5967 (MAS)
NORTH JERSEY BRAIN & SPINE CENTER
       vs.
MULTIPLAN, INC., et al

**APPEARANCES:**
Erik D. Katz, Esq. and David M. Estes, Esq. for Plaintiff
Errol J. King, Esq. for Defendant Multiplan, Inc.
Joshua B. Simon, Esq., Warren Haskel, Esq., and E. Evan Wohlforth, Jr., Esq. for Defendants Connecticut General Life Insurance Co.; GM Financial; Interplex NAS, Inc.; Humanscale; Teterboro Learning Center; Sharp Electronics Corp.; Macy's Inc.; Ferring Pharmaceuticals, Inc.; Tata Consultancy Services; JPMorgan Chase & Co.; Nippon Express USA, Inc.; Samsung C&T America, Inc.; LSG Sky Chefs Group; Tam Metal Products, Inc.; Daiichi Sankyo, Inc.; and EMSL Analytical, Inc.

**NATURE OF PROCEEDINGS:** MOTION HEARING
Hearing on Motion to Remand (ECF No. 32) filed by Plaintiff.
Decision read into the record.
Ordered Plaintiff's Motion to Remand denied without prejudice.
Ordered that the parties shall engage in jurisdictional discovery.
Order to issue.

Time Commenced: 12:00 PM
Time Adjourned:   1:00 PM
Total Time:  1 hour

                                                    s/ Gina Hernandez-Buckley
                                                        **DEPUTY CLERK**